# United States District Court
EASTERN DISTRICT OF WISCONSIN

JESUS QUINONES,
KYLE ANKLAM,
NAYSHALY CIRINO APONTE,
TAYLOR HURISMAN,
KODY WEBER, and
JACOB VANDENHOUTEN

        Plaintiffs,

   v.

**JUDGMENT IN A CIVIL CASE**
Case No. 21-C-995

EXTREME CUSTOMS, LLC, and
TYLER REILLY,

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in the amount of $14,197.68 in favor of Plaintiff Jesus Quinones and against Extreme Customs, LLC (Customs), inclusive of all attorneys' fees and costs;

    **IT IS FURTHER ORDERED** that judgment is entered in the amount of $500.00 in favor of Plaintiff Kyle Anklam and against Customs, inclusive of all attorneys' fees and costs;

    **IT IS FURTHER ORDERED** that judgment is entered in the amount of $500.00 in favor of Plaintiff Nayshaly Cirino Aponte and against Customs, inclusive of all attorneys' fees and costs;

    **IT IS FURTHER ORDERED** that judgment is entered in the amount of $500.00 in favor of Plaintiff Taylor Huisman and against Customs, inclusive of all attorneys' fees and costs;

    **IT IS FURTHER ORDERED** that judgment is entered in the amount of $500.00 in favor of Plaintiff Kody Weber and against Customs, inclusive of all attorneys' fees and costs;

**IT IS FURTHER ORDERED** that judgment is entered in the amount of $500.00 in favor of Plaintiff Jacob Vandenhouten and against Customs, inclusive of all attorneys' fees and costs;

**IT IS FURTHER ORDERED** that all claims against Tyler Reilly are dismissed.

**IT IS FURTHER ORDERED** that the above-captioned case is dismissed with prejudice.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: October 31, 2024

GINA M. COLLETTI
Clerk of Court

s/ Mara A. VandenHeuvel
(By) Deputy Clerk